IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00793-CMA-NYW

HOWARD COHAN,

      Plaintiff,

v.

NORDSTROM, INC.,

      Defendants.

_____

## NOTICE OF SETTLEMENT AND REQUEST TO VACATE SCHEDULING CONFERENCE
_____

      Defendant Nordstrom, Inc. ("Nordstrom"), by and through its attorney, Christopher D. Bryan of Hall & Evans, LLC, hereby gives notice to the Court that the parties have resolved the captioned matter, and requests that the Court vacate the Scheduling Conference, currently set for August 27, 2019.

      Counsel for both parties are working amicably through the particulars of the settlement agreement and anticipate dismissal documents will be filed within the next twenty-one (21) days.

      DATED THIS 14th DAY OF AUGUST, 2019.

Respectfully submitted,

*s/ Christopher D. Bryan*
Christopher D. Bryan
HALL & EVANS, LLC
1001 Seventeenth Street, Suite 300
Denver, Colorado 80202
(303) 628-3300
(303) 628-3368 [facsimile]
bryanc@hallevans.com
*Counsel for Defendant Nordstrom, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2019, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of Court using the CM/EFC system, which will send notification of such filing to the following e-mail addresses:

Gloria Y. Saad
Blackmore Law PLC
21411 Civic Center Drive, Suite 200
Southfield, MI  48076
Telephone:  1-833-343-6743
E-mail:   gsaad@blackmorelawplc.com
*Counsel for Howard Cohan*

*s/ Martha Fiser, Legal Secretary to*
Christopher D. Bryan
HALL & EVANS, LLC
1001 Seventeenth Street, Suite 300
Denver, Colorado 80202
(303) 628-3300
(303) 628-3368 [facsimile]
bryanc@hallevans.com
*Counsel for Defendant Nordstrom, Inc. LLC*

2