IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00793-CMA-NYW

HOWARD COHAN,

    Plaintiff,

v.

NORDSTROM, INC.,

    Defendants.

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE

---

COME NOW Plaintiff Howard Cohan and Defendant Nordstrom, Inc., by and through their respective counsel, and file their Stipulation for Dismissal with Prejudice, stating that all claims between Plaintiff and Defendant have been resolved, and the parties wish to have the Court dismiss with prejudice all claims that Plaintiff has asserted against Defendant, with each party to pay his or its own costs and attorney fees.

DATED this 11th day of September, 2019.

| *s/ Gloria Y. Saad* | *s/ Christopher D. Bryan* |
|---|---|
| Gloria Y. Saad | Christopher D. Bryan |
| Blackmore Law PLC | Hall & Evans, LLC |
| 21411 Civic Center Drive, Suite 200 | 1001 17th Street, Suite 300 |
| Southfield, MI  48076 | Denver, CO  80202 |
| Telephone:  1-833-343-6743 | (303) 628-3300 |
| E-mail:  gsaad@blackmorelawplc.com | (303) 628-3368 [facsimile] |
| *Counsel for Howard Cohan* | bryanc@hallevans.com |
| | *Attorneys for defendant Nordstrom, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September, 2019, I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/EFC system, which will send notification of such filing to the following e-mail addresses:

Gloria Y. Saad
Blackmore Law PLC
21411 Civic Center Drive, Suite 200
Southfield, MI  48076
Telephone:  1-833-343-6743
E-mail:  gsaad@blackmorelawplc.com
*Counsel for Howard Cohan*

*s/ Martha Fiser, Legal Secretary to*
Christopher D. Bryan
HALL & EVANS, LLC
1001 Seventeenth Street, Suite 300
Denver, Colorado 80202
(303) 628-3300
(303) 628-3368 [facsimile]
bryanc@hallevans.com
*Counsel for Defendant Nordstrom, Inc. LLC*